UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA VENTURA, individually on behalf of herself and all others similarly situated,

          Plaintiff,

- against -

THE VILLAGE COMPANY, LLC,

          Defendant.

**ORDER**

21 Civ. 10226 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

    The Court is in receipt of the parties' letters regarding Defendant's anticipated motion to dismiss. (Dkt. Nos. 19, 20) The purpose of this Court's pre-motion letter requirement is to allow for a meaningful discussion of a party's anticipated arguments in support of a prospective motion – including discussion of relevant case law – at a pre-motion conference. Defendant's current pre-motion letter is so devoid of analysis or supporting case law that it is not possible for the Court to have that discussion on the current record.

    Defendant is directed to file a new pre-motion letter by **March 10, 2022**, no longer than five pages single-spaced, setting forth specific anticipated arguments in support of its previewed motion to dismiss, including supporting case law. Plaintiff will file a responsive letter, no longer than five pages single-spaced, by **March 17, 2022**.

    In light of Defendant's anticipated motion to dismiss, the initial pre-trial conference scheduled for March 10, 2022 is adjourned <u>sine die</u>. The Court will schedule a pre-motion conference after receiving the parties' letters.

       The Clerk of Court is directed to terminate the pending letter motions at Dkt. Nos. 19 and 22 as moot.

Dated: New York, New York
       March 3, 2022

                                                SO ORDERED.

                                           _____
                                           Paul G. Gardephe
                                           United States District Judge